# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151633

HARTLAND GLEN DEVELOPMENT, LLC,
        Petitioner-Appellee,

v

                                                  SC: 151633
                                                  COA: 318843

TOWNSHIP OF HARTLAND,
        Respondent-Appellant.
                                                  Tax Tribunal: 00-416369

_____/

On order of the Court, the application for leave to appeal the February 19, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015

Clerk

s1216